USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/18/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SAMUEL LOPEZ,

                            Plaintiff,

    -against-

                                                                 Civil Case No. 1:19-cv-03288-ALC

UBER CAFFE, LLC and 116 LLC,

                            Defendants.

-----------------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned attorneys for Plaintiff Samuel Lopez and Defendant Uber Cafe, LLC., that the above entitled action be discontinued, with prejudice, including all cross claims and counterclaims, against any party including 116 LLC., without costs, disbursements or interest to any party as against the other.

Dated: September 4, 2019

By: _____
BARDUCCI LAW FIRM PLLC
Maria Costanza Barducci
5 West 19th St. 10th Fl
New York, NY 10011
(212)-433-2554
Fax: (646)-930-5943
mc@barduccilaw.com
Attorneys for Plaintiff

By: _____
Drohan Lee LLP
Vivian Rivera Drohan
680 Fifth Avenue
New York, NY 10019
(212)-710-0001
Fax: (212)-710-0001
vdrohan@dlkny.com
Attorneys for Defendant

SO ORDERED:
_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/18/20